**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA J. WILLIAMS, ) | Case No.: 14-CV-02924-LHK |
| ) | |
| Plaintiff, ) | ORDER REASSIGNING CASE TO A |
| v. ) | MAGISTRATE JUDGE FOR ALL |
| ) | PURPOSES |
| CAROLYN COLVIN, Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

Both parties have consented to proceed before a Magistrate Judge for all purposes. *See* ECF Nos. 6, 8. Accordingly, the Court directs the Clerk to randomly reassign the case to a Magistrate Judge for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: July 31, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02924-LHK
ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES